IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

No. 2:01-CR-1-1BO

| | | |
|---|---|---|
| JEFFREY LYNN MORGAN, Petitioner, | ) ) ) | |
| v. | ) ) | ORDER |
| UNITED STATES, Respondent. | ) ) ) ) | |

This matter is before the Court on Petitioner's Motion for Reconsideration. Petitioner requests that the Court reconsider its May 10, 2011 Order denying Petitioner's "Request to Unseal Document known as 'Statement of Reasons'" (DE# 81). The Court finds the Petitioner's arguments unpersuasive. For all the reasons stated in the Court's initial Order, Petitioner's Motion is DENIED.

SO ORDERED, this \_5\_ day of July, 2011.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE