UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA
Northern Division

U.S.A. vs. Jeffrey Morgan                          Docket No. 2:01-CR-1-1BO

**Petition for Action on Supervised Release**

COMES NOW Chip Williams, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Jeffrey Morgan, who, upon an earlier plea of guilty to Conspiracy to Possess With Intent to Distribute and Distribute at Least 5 Grams of Cocaine Base in violation of 21 U.S.C. § 846, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge on July 31, 2001, to a 235 month term of imprisonment. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 5 years.

The term of supervised release is scheduled to commence on April 4, 2017.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant has been approved to relocate to the Western District of North Carolina upon release from imprisonment contingent upon the imposition of a warrantless search condition. To facilitate his release to a suitable residence and to allow for adequate supervision, it is recommended the judgment be modified by the addition of a warrantless search condition. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall submit his person, residence, office, vehicle and/or computer system including computer data storage media, or any electronic device capable of storing, retrieving and/or accessing data to which they have access or control, to a search, from time to time, conducted by any United States Probation Officer and such other law enforcement personnel as the probation officer may deem advisable, without a warrant. The defendant shall warn other residents or occupants that such premises, vehicles or electronic devices may be subject to searches pursuant to this condition.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/ Robert L. Thornton
Robert L. Thornton
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.
/s/ Chip Williams
Chip Williams
U.S. Probation Officer
2 Princess Street Suite 308
Wilmington, NC 28401-3958
Phone: 910-679-2045
Executed On: April 3, 2015

Jeffrey Morgan
Docket No. 2:01-CR-1-1BO
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __3__ day of __April__, 2015 and ordered filed and made a part of the records in the above case.

_____
Terrence W. Boyle
U.S. District Judge